SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

W. DOUGLAS SPRAGUE (CSBN 202121)
Acting Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

   450 Golden Gate Avenue, 11th Floor
   San Francisco, California  94102
   Telephone:  (415) 436-6809
   Fax:  (415) 436-7234
   E-mail: wendy.thomas@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 07-0462 MAG |
|     Plaintiff, ) | |
| v. ) | **MOTION FOR SUMMONS** |
| WILLIAM H. SPIKER, ) | |
|     Defendant. ) | |

    Based on the facts set forth in the Declaration of Sophia Karkazis in Support of the United States' Motion for Summons, the United States hereby requests that the Court issue a summons for defendant William H. Spiker, 1028 Girard Road, Apt. #321, San Francisco, CA 94129.  The facts set forth in the Declaration demonstrate that probable cause exists to summon the defendant to answer the Information that has been filed by the United States Attorney.

                                      Respectfully submitted,

                                      SCOTT N. SCHOOLS
                                      United States Attorney

Dated: July 19, 2007                         /s/
                                      WENDY THOMAS
                                      Special Assistant United States Attorney