SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

W. DOUGLAS SPRAGUE (CSBN 202121)
Acting Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

   450 Golden Gate Avenue, 11th Floor
   San Francisco, California 94102
   Telephone: (415) 436-6809
   Fax: (415) 436-7234
   E-mail: wendy.thomas@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 07-0462 MAG |
| Plaintiff, | |
| v. | **DECLARATION OF SOPHIA KARKAZIS IN SUPPORT OF UNITED STATES' MOTION FOR SUMMONS** |
| WILLIAM H. SPIKER, | |
| Defendant. | |

I, Sophia Karkazis, hereby declare as follows:

1. I am a Law Clerk in the United States Attorney's Office assigned to the prosecution of this case. I have received the following information from officers employed by the United States Park Police and from reports and other documents provided to me by the Park Police.

2. On October 26, 2006, at approximately 1:43 a.m., U.S. Park Police Officer Griffin ("Officer Griffin") was stopped on Presidio Boulevard between Pacific and Jackson Streets. He observed an aqua green Jeep traveling northbound on Presidio Boulevard. Officer Griffin observed the Jeep swerve to the right through the intersection, coming within inches of a parked vehicle. The Jeep made a hard correction to the left and continued down the road.

3. Concerned for the safety of the Jeep driver, other motorists, and pedestrians, Officer Griffin alerted other Park Police units of the Jeep's erratic driving and possible destination. Shortly after the broadcast, Officer Wong observed an aqua marine Jeep pass his vehicle, going westbound on Lincoln Boulevard in the area of Presidio Boulevard at a high rate of speed.

4. Officer Wong observed the Jeep jump of the roadway on to the sidewalk in front of 1028 Girard Road, San Francisco, CA 94129.

5. Officer Wong and Officer Cameron stopped the Jeep at 1028 Girard Road, San Francisco, CA 94129 and identified the driver as William Spiker ("Spiker").  Officer Griffin proceeded to 1028 Girard Road and confirmed the Jeep and the driver were the same car and person he had observed earlier on Presidio Boulevard.

6. Upon approaching the vehicle, Officer Wong detected a strong odor of alcoholic beverage emanating from the vehicle and Spiker.  Officer Wong asked Spiker how much he had to drink. Spiker responded that he had 3 beers, 4 hours ago.  Spiker later changed his estimation of alcohol consumption to 8 or 9 beers over an unknown amount of time.  During the questioning, Spiker consistently slurred his speech.

7. Officer Wong observed a half empty Miller Light Beer bottle on the floorboard of the front passenger's side of the vehicle and two twenty count packs of Miller Light bottled beer in the rear of the vehicle.  One of the twenty count packs was missing 4 beers.  A receipt found for the beers indicated they were purchased approximately 1 hour earlier, at 12:20 a.m.

8. Officer Collins responded to the location and administered a Standardized Field Sobriety Test to Spiker.  Officer Collins directed Spiker to a well lit, flat, dry sidewalk near the rear entrance of the building on 1028 Girard Road.  Officer Collins conducted three Standard Field Sobriety Tests: the One Leg Stand, the Rhomberg Stand, and the Horizontal Gaze Nystagmus. Officer Collins informed Spiker that he would give verbal instructions followed by a physical demonstration of each test.  Once that was complete, he would be able to ask questions about the test.

9. Spiker failed the Standardized Field Sobriety Tests.

10. Spiker was placed under arrest for suspicion of Driving Under the Influence and was transported to San Francisco County Jail for blood tests.  The blood was collected at 3:35 a.m.

The defendant was unable to perform the Preliminary Alcohol Screen.  The blood test later revealed an ethanol level of .11%.  Thereafter, Spiker was released.

11. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.  Executed July 19, 2007, at San Francisco, California.


DATED: _____                    Respectfully submitted,

                                          SCOTT N. SCHOOLS
                                          United States Attorney


                                          _____/s/_____
                                          SOPHIA KARKAZIS
                                          Law Clerk
                                          United States Attorney's Office