SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | Case No. CR 07-0462 MAG |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | [PROPOSED] ORDER FOR SUMMONS |
| WILLIAM H. SPIKER, | ) | |
| Defendant. | ) | |

Having reviewed the Declaration of Sophia Karkazis, the Court finds that probable cause exists to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P. 58(d)(3), the Clerk of Court is directed to issue a summons directing the defendant, William H. Spiker, 1028 Girard Road, Apt. #321, San Francisco, CA 94129, to appear on August 3, 2007 at 9:30 am before Magistrate Judge Joseph Spero to answer the Information that has been filed by the United States Attorney.

IT IS SO ORDERED.

Dated: July 20, 2007

HON. NANDOR J. VADAS
United States Magistrate Judge

ORDER FOR SUMMONS
Case No. CR 07 0462 MAG