PROPOSED ORDER/COVER SHEET

TO:        Honorable Joseph C. Spero                    RE:    SPIKER, WILLIAM H.
           U.S. Magistrate Judge

FROM:      Claudette M. Silvera, Chief                  DOCKET NO.:    3-07-0462MAG
           U.S. Pretrial Services Officer

DATE:      August 24, 2007

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

TAIFA M. GASKINS                                        510-637-3756
U.S. Pretrial Services Officer                          TELEPHONE NUMBER

RE:    MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that
we may comply with your instructions.

☐    I have reviewed the information that you have supplied. I do not believe that this matter
     requires any action by this Court at this time.

☒    Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. A
     15th Floor   on Thursday, 8/30/07   at 9:30 AM.

☐    Inform all parties concerned that a Bail Review Hearing will be conducted by:
     Magistrate Judge_____ Presiding  District Court Judge_____

☐    I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's
     Pretrial Release conditions as indicated below:

☐    Modification(s)

☐    Bail Revoked/Bench Warrant Issued.

☐    I am returning the signed order and direct that a copy be provided to the Court file and all interested
     parties(AUSA and Defense Counsel).

☐    Other Instructions:

_____

UNITED _____ JUDGE                                    9/27/07

JUDICIAL OFFICER                                        DATE
JOSEPH C. SPERO
Cover Sheet UNITED STATES MAGISTRATE JUDGE