1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  WENDY THOMAS (NYBN 4315420)
   Special Assistant United States Attorney
5
   450 Golden Gate Avenue
6  San Francisco, California 94102
   Telephone: (415) 436-6809
7  Facsimile: (415) 436-7234
   E-Mail: wendy.thomas@usdoj.gov
8
   Attorneys for Plaintiff
9

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | Criminal No. CR 07 00462 MAG |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **[PROPOSED] ORDER TO AMEND CONDITIONS OF PRE-TRIAL RELEASE** |
| WILLIAM H. SPIKER, | ) | |
| Defendant. | ) | |

The parties appeared before the Honorable Joseph C. Spero on August 30, 2007. At the time Judge Spero ordered the conditions of pre-trial release amended to include supervision by Pre-Trial Services and the condition that the defendant abstain from the use of alcohol.

IT IS SO ORDERED.

DATED:_____        _____
                             THE HON. JOSEPH C. SPERO
                             United States Magistrate Judge

**[PROPOSED[ ORDER AND
STIPULATION EXCLUDING TIME
CR 07 00462 MAG**