1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  WENDY THOMAS (NYBN 4315420)
   Special Assistant United States Attorney
5
6       450 Golden Gate Avenue
        San Francisco, California  94102
        Telephone: (415) 436-6809
7       Facsimile: (415) 436-7234
        E-Mail: wendy.thomas@usdoj.gov
8
   Attorneys for Plaintiff
9
10                     UNITED STATES DISTRICT COURT
11                     NORTHERN DISTRICT OF CALIFORNIA
12                          SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,       )   Criminal No. CR 07 00462 MAG
                                    )
14       Plaintiff,                 )
                                    )
15                                  )   [PROPOSED] ORDER TO AMEND
         v.                         )   CONDITIONS OF PRE-TRIAL RELEASE
16                                  )
    WILLIAM H. SPIKER,              )
17                                  )
         Defendant.                 )
18                                  )
                                    )
19  _____)

20
         The parties appeared before the Honorable Joseph C. Spero on August 30, 2007. At the
21
    time Judge Spero ordered the conditions of pre-trial release amended to include supervision by
22
    Pre-Trial Services and the condition that the defendant abstain from the use of alcohol.
23

24       IT IS SO ORDERED.

25
         Sept. 5, 2007                          _____
26  DATED:_____                       THE HONORABLE JOSEPH C. SPERO
                                                United States Magistrate Judge
27

28  [PROPOSED] ORDER AND
    STIPULATION EXCLUDING TIME
    CR 07 00462 MAG