Mission Council on Alcohol Abuse for the Spanish Speaking
820 Valencia Street San Francisco Ca. 94110
Tel: (415) 826-6767   Fax (415) 826-6774

**FILED**

## DRY ZONE
### (Wet-Reckless, 6-month First Offender, and Multiple Offender)

2007 OCT 26 AM 8:56
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST OF CA

Personal/ Referring/ Title
MAGISTRATE JUDGE
MR. JOSEPH C. SPERO
US. DISTRICT COURT
450 GOLDEN GATE AVE
SAN FRANCISCO, CA 94102

Date: 10-22-07
Re: William H. Spiker
D.O.B: _____
Docket # CR 07-0462 MAG

THIS IS TO NOTIFY YOU THAT THE FOLLOWING ACTION HAS OCCURRED:

- [x] Contacted us on: 10-22-07
- [ ] Please provide us with a written referral.
- [x] Client was admitted into our program.
- [ ] Client was Re-Admitted into our program.
- [ ] Client was not admitted into our program.(see comments/recommendations)
- [ ] Client has completed all program requirements.
- [ ] We are requesting any records: (Medical, Psychiatric, Legal, etc.)
- [ ] Comments/ Recommendation: _____

THANK YOU FOR YOUR REFERRAL.

_____
Counselor Signature.
VLADIMIR SALGADO