Case #: 06-11,070
Date: 10/26/2006

