# ARCADIA
## BLOOD TEST REQUEST BY PEACE OFFICER

| | |
|---|---|
| SUBJECT'S NAME | Spiker, William Hall |
| REQUESTED BY | Wong, H. | BADGE # | 0655 |
| AGENCY | U.S. Park Police | AGENCY # | |
| CHARGES | CVC 23152 | LOCATION | Presidio, San Francisco CA |

You, _FERRANO_, a certified phlebotomist, as specified in section 1034 of Title 17 CAC as a clinical laboratory phlebotomist, are requested to obtain a specimen of blood from the above listed person for the purpose of scientific analysis.

Officer's Initial    Mark the appropriate boxes.

__AW__ ☒ The above listed person from whom the blood sample is to be obtained has been lawfully arrested for an offense allegedly committed in violation of Vehicle Code Section 23152, or 23153.

_____ ☐ I believe that above listed person from whom the blood sample is to be obtained is in a condition rendering him/her incapable of refusal and is deemed not to have withdrawn his/her consent. (A test, or tests, may be administered whether or not the person is told that his/her failure to submit to, or the non-completion of the test or tests, will result in the suspension, or revocation of his/her privilege to operate a motor vehicle.).

_____ ☐ The above listed person from whom the blood sample is to be obtained is unconscious.

_____ ☐ I require the above said person to take a blood test pursuant of Vehicle Code Section 23157(c).

__AW__ ☒ There is a probable cause to believe that a test of the suspect's blood will yield relevant evidence in a criminal investigation.

_____ ☐ The above listed person from whom the blood sample is to be obtained is a minor, and, according to California Attorney General, no parental consent is necessary to test a minor [see 54 Ops.Cal. Atty.Gen. 248 (1971)].

_____ ☐ The above listed person from whom the blood sample is to be obtained refuses to sign the consent form below.

__10/26/06__
Date                    Time a.m./p.m.          Signature of Peace Officer

I, __Spiker, William Hall__, do hereby consent to the withdrawal of a blood sample from my body; acknowledge that I have selected the blood test. I further certify that I am not a person who is afflicted with hemophilia, or a person who is afflicted with a heart condition and/or using an anticoagulant under the direction of physician.

Date: __10/26/06__

Signature of Person Being Tested

Time of Blood Draw: __0335__

Signature of Phlebotomist

White – Phlebotomist                    Yellow – Peace Officer                    0015