# ARCADIA
## PHLEBOTOMY CHECK LIST

Phleb. Initial                                                                                    Officer's Initial

| | | |
|---|---|---|
| _EE_ | 1. | The phlebotomist opens the sealed plastic envelope supplied by the San Francisco Medical Examiner. |

1. The phlebotomist opens the sealed plastic envelope supplied by the San Francisco Medical Examiner.

2. The envelope contained all of the following:
   a. One vacutainer needle holder          d.   One sealed sterile needle
   b. One security strip                     e.   One non-alcohol sterile swab
   c. Three labels                           f.   One evidence envelope
   g. Two gray top vacutainer tubes, each containing a dry white powder
   h. 1 purple vacutainer tube               i.   1 Bandaid
   j. 1 sterile gauze

3. The phlebotomist provides a tourniquet, clean gauze square, and band-aid.

4. The phlebotomist fills out both labels with the arrestee's full name, date, time and the phlebotomist's initial.

5. The phlebotomist gives the labels to the Peace Officer to affix his/her initials.

6. The phlebotomist places his/her signature on the Blood Evidence and fills in the line indicating the skin antiseptic used.

7. The phlebotomist gives the Blood Evidence Envelope and the seals to the Peace Officer

8. The officer completes the remainder of the information on the Blood Evidence Envelopes

9. The phlebotomist applies the tourniquet and prepares the venipuncture site with the non-alcohol antiseptic swab.

10. The phlebotomist makes the venipuncture in the left/right _____ ARM _____ after checking vein for the absence of a pulse.

11. The phlebotomist fills both tubes with blood, removes the second tube before withdrawing the needle from the vein, and removes the tourniquet before the second tube is completely filled.

12. The phlebotomist confirms that the blood is venous because of the dark color.

13. The phlebotomist applies pressure to the venipuncture site with a clean gauze.

14. The phlebotomist inverts the tubes to dissolve the preservative and anticoagulant.

15. The phlebotomist hands the tubes to the Peace Officer.

16. The Peace Officer affixes the prepared labels to the tubes.

17. The Peace Officer immediately puts the labeled tubes into the Blood Evidence Envelope and places the seals on the envelope.

18. The phlebotomist places a band-aid on the venipuncture site.

| | | | |
|---|---|---|---|
| Arrestee's Name | Sp, ku, William Hall | Date | 10/26/06 |
| Agency/Report Number | 11010 | Time | 0332 |
| Phlebotomist Signature | | | |
| Peace Officer Signature | | | |

White – Phlebotomist                        Yellow – Police Officer                        0016