City and County
of San Francisco



Office of the Chief
Medical Examiner

**FORENSIC LABORATORY DIVISION**

## TOXICOLOGY REPORT

| | | | | |
|---|---|---|---|---|
| Subject's Name: | Spiker, William Hall | Date/Time of Specimen Collection: | 10/26/2006 | 0335 hrs |
| Case Number: | M-6534 | Date/Time of Specimen Receipt: | 10/26/2006 | 0735 hrs |
| Agency: | U.S. Park Police | Submitting Agency No.: | | |
| Specimens Received: | Blood (3) | Urine (0) | Other (0) | |

**ANALYTICAL RESULTS:**

| | Specimens | |
|---|---|---|
| Compounds | Blood (% w/v) | Urine (% w/v) |
| Ethanol | 0.11 | NT |
| Volatiles | ND | NT |

**COMMON ABBREVIATIONS:**

ND: None Detected

NT: Not Tested

ISV: Insufficient Specimen Volume

NDNT: No Date No Time Marked on Specimen Vial

**COMMENTS:**

None

I certify, under penalty of perjury, under the laws of the State of California, that the attached blood/tissue analysis was performed during the regular course of duties and is a true and correct copy thereof. I further certify that I am a ☐ Forensic Alcohol Supervisor ☑ Forensic Alcohol Analyst ☐ Forensic Alcohol Analyst Trainee qualified to perform analyses pursuant to Title 17 of the California Code of Regulations, and that the equipment used in arriving at the results was in proper working order at the time this analysis was performed.

Printed Name: PAVLOS KARAMANIDIS          Signature: _Karamanidis_

Date Report Signed: Thursday, October 26, 2006

Results Reported to: _____

By: _____          On (Date & Time): _____

_signature_

NIKOLAS P. LEMOS, PhD, FRSC
Forensic Laboratory Director/Chief Forensic Toxicologist
Forensic Alcohol Supervisor

Hall of Justice • 850 Bryant Street • San Francisco • California • 94103-4603
Telephone: (415) 553-1694 • Fax: (415) 553-1650

0038