# NIKOLAS P. LEMOS
BSc(Hons), MSc, PhD, FRSC

Post Office Box 77332
San Francisco, California 94107

Tel: 415 336-4429

---

**PRESENT EMPLOYMENT**

Forensic Laboratory Director/Chief Forensic Toxicologist
Office of the Chief Medical Examiner, San Francisco, California
October 2003 – Present

Associate Clinical Professor
Department of Laboratory Medicine, School of Medicine, University of California – San Francisco
July 2005 – Present

**PRINCIPAL PAST EMPLOYMENT**

Head
Forensic Toxicology Service
St George's Hospital Medical School, University of London
January 2002 – October 2003

Senior Lecturer in Forensic Science
School of Applied Science
London South Bank University
September 1999 – December 2001

Lecturer in Forensic Science
Department of Science
John Jay College of Criminal Justice
City University of New York
August 1994 – September 1996

Forensic Science Intern
Forensic Laboratory
Niagara County Sheriff's Department
Summer 1993

**EDUCATION**

1993   Bachelor of Science (Honours) in Criminalistics/Forensic Chemistry
       Departments of Chemistry and Criminal Justice
       State University of New York – College at Buffalo
       Buffalo, New York, USA

1996   Master of Science in Forensic Science
       Department of Science
       John Jay College of Criminal Justice
       City University of New York
       New York, New York, USA

NP Lemos, PhD, FRSC

1999    Doctor of Philosophy in Forensic Medicine & Science
        Department of Forensic Medicine & Science
        University of Glasgow
        Glasgow, Scotland, UK

**INVITED MEMBERSHIP OF EXAMINATION BOARDS & EXTERNAL EXAMINERSHIPS**

1. Judge, Emerging Forensic Scientist Award
   American Academy of Forensic Sciences, San Antonio, TX, USA; February 2007

2. Examiner, Diploma in Forensic Medical Sciences (DipFMS)
   The Worshipful Society of Apothecaries of London, London, UK; 2001 – Present

3. Examiner, Year Four Objective Structured Clinical Examination (OSCE)
   St George's Hospital Medical School, University of London, London, UK; 2002 – 2003

4. Examiner, Diploma in Forensic Human Identification (DipFHID)
   The Worshipful Society of Apothecaries of London, London, UK; 2003 – Present

5. Doctoral Student Assessor, Doctoral Candidates in Forensic Science
   Anglia Polytechnic University, Cambridge, UK; 2003

**PROFESSIONAL ASSOCIATION MEMBERSHIPS**

- Member, The International Association of Forensic Toxicologists
- Member, Forensic Science Society
- Member, Society of Forensic Toxicologists
- Member, London Toxicology Group
- Member, British Academy of Forensic Sciences
- Member, California Association of Toxicologists
- Member, American Chemical Society
- Member, American Society of Crime Laboratory Directors
- Member, California Association of Criminalists

**PROFESSIONAL ASSOCIATION FELLOWSHIPS**

- Fellow, Royal Society of Chemistry
- Fellow, American Academy of Forensic Sciences

**COMMITTEE MEMBERSHIPS**

Forensic Science Society,
Member, Academic & Educational Committee
1999-2000

Forensic Science Society
Member, Academic & Educational Forum
2000-2001

San Francisco Sexual Assault Response Team
Member
2005 – Present

NP Lemos, PhD, FRSC

California Association of Toxicologists
Chair, Future Meetings and Short Courses Committee
2005-Present

San Francisco Citywide Task Force on Crystal Methamphetamine
Member
2006- Present

**CONTINUING MANAGEMENT & SUPERVISORY EDUCATION**

2007

- Making a Case for Financial Need – Annual FBI Crime Laboratory Symposium, Fisher College of Business, The Ohio State University, Columbus, OH
- Developing an Effective Mentoring Program – Annual FBI Crime Laboratory Symposium, Fisher College of Business, The Ohio State University, Columbus, OH
- Maximizing Success with Performance Management – Annual FBI Crime Laboratory Symposium, Fisher College of Business, The Ohio State University, Columbus, OH
- Dealing with Grouches, Grumps and Grudges – Annual Annual FBI Crime Laboratory Symposium, Fisher College of Business, The Ohio State University, Columbus, OH
- Change Management – Annual FBI Crime Laboratory Symposium, Fisher College of Business, The Ohio State University, Columbus, OH
- Unleashing the Power of a Multi-Generational Workplace – Annual FBI Crime Laboratory Symposium, Fisher College of Business, The Ohio State University, Columbus, OH
- How to Excel at Managing and Supervising People – SkillPath Seminar, San Francisco, CA

2006

- Incident Command System and the National Response Plan, San Francisco, CA
- Overview of Good Laboratory Practice and Current Guidelines – American Academy of Forensic Sciences, Seattle, WA
- Team Building – San Francisco, CA
- Performance Plan and Appraisal Report – San Francisco, CA
- Progressive Discipline – San Francisco, CA

2005

- Labour Relations – San Francisco, CA
- How to Identify and Prevent Workplace Harassment – San Francisco, CA

2001

- Postgraduate Student Supervisor Training – South Bank University, London, England
- Media Training – South Bank University, London, England

NP Lemos, PhD, FRSC

**CONTINUING PROFESSIONAL EDUCATION**

2007

- Pharmacological Treatments of Alcoholism – California Association of Toxicologists, Phoenix, AZ
- Pharmacokinetics: Some Principles and Applications to Forensic Toxicology – California Association of Toxicologists, Phoenix, AZ
- Neuropharmacology of Drugs of Abuse and Addiction – California Association of Toxicologists, Phoenix, AZ
- LC/MS/MS IN Forensic Toxicology – California Association of Toxicologists, Phoenix, AZ
- Expectation, Craving & the Acute Effect of Cocaine in the Addicted Human Brain – California Association of Toxicologists, Phoenix, AZ
- Measuring Cocaine-Seeking in Rats – California Association of Toxicologists, Phoenix, AZ
- Opioids: Mechanisms of Pain, Tolerance and Receptor Pharmacology – California Association of Toxicologists, Phoenix, AZ
- Down on the Pharm – California Association of Toxicologists, Phoenix, AZ
- Pharmacogenomics as Molecular Autopsy – American Academy of Forensic Sciences, San Antonio, TX
- Medicine, Murder and Mayhem in Ancient Greece – American Academy of Forensic Sciences, San Antonio, TX
- Finding the Needle in the Haystack: Investigating Drug Facilitated Sexual Assaults – American Academy of Forensic Sciences, San Antonio, TX
- Problems in the Investigation, Prosecution and Defense of Health Care Professionals who Systematically Kill their Patients – American Academy of Forensic Sciences, San Antonio, TX

2006

- Medical Assessment of Drug Endangered Children – California Association of Toxicologists, Indian Wells, CA
- What Happens to the Children of Illicit Drug Makers? – California Association of Toxicologists, Indian Wells, CA
- Clandestine Laboratories First Responder – California Association of Toxicologists, Indian Wells, CA
- The Coming Revolution in Pharmaceuticals – Designing Drugs – California Association of Toxicologists, Indian Wells, CA
- The Driving Dead: Driving Under the Influence of Potentially Fatal Drug Levels or Combinations – California Association of Toxicologists, Indian Wells, CA
- Methamphetamine Involvement in Serious/Fatal Traffic Collisions – California Association of Toxicologists, Indian Wells, CA
- Two Paediatric Methadone Facilities: Case Reports from the OCME, Phoenix, AZ – California Association of Toxicologists, Indian Wells, CA
- Mis-use, Abuse and Suicide with Ecstasy/MDMA – California Association of Toxicologists, Indian Wells, CA
- Forensic Applications of LC/MS – California Association of Toxicologists, Indian Wells, CA
- Clinical Applications of LC/MS – California Association of Toxicologists, Indian Wells, CA

NP Lemos, PhD, FRSC

- Introduction to LC/MS – California Association of Toxicologists, Indian Wells, CA
- Derivatization Workshop – California Association of Toxicologists, Indian Wells, CA
- How does your QA/QC Program Measure Up? – Society of Forensic Toxicologists, Austin, TX
- Postmortem Pharmacokinetics: the Good, the Bad and the Ugly – Society of Forensic Toxicologists, Austin, TX
- Standardized Field Sobriety Tests: Principles and Practice – Society of Forensic Toxicologists, Austin, TX
- Method Validation & Measurement Uncertainty – Society of Forensic Toxicologists, Austin, TX
- The Application of Hair as an Alternate Matrix for Forensic Applications – Society of Forensic Toxicologists, Austin, TX
- Opiate Fields Forever – Society of Forensic Toxicologists, Austin, TX
- Addiction & Pain Management for Forensic Toxicologists: Update on Drug Therapy, Clinical and Forensic Toxicology & Emerging Role of Pharmacogenetics – Society of Forensic Toxicologists, Austin, TX
- New Antidepressants & Antiepileptics: Clinical Pharmacology, Pharmacogenomics, Gene Expression, and Neurobiology of Depression & Suicide & Forensic Toxicology – Society of Forensic Toxicologists, Austin, TX
- ETD: From Conception to Introduction – Thermo Electron Corporation, Foster City, CA
- Recent Advances in FTMS – Thermo Electron Corporation, Foster City, CA
- Metabolite ID Characterization with an LTQ: Identification of in vivo metabolites – Thermo Electron Corporation, Foster City, CA
- Challenges and Solutions using an LTQ Orbitrap – Thermo Electron Corporation, Foster City, CA
- Analysis of GSH Adducts by LTQ MS – Thermo Electron Corporation, Foster City, CA
- Recent Software Improvements for Metabolite ID – Thermo Electron Corporation, Foster City, CA
- Clinical Chemistry CSI: Interesting Cases from the San Francisco General and Stanford Hospital Laboratories – American Association of Clinical Chemistry, Newark, CA
- Overview of the DEA Western Laboratory – California Association of Toxicologists, San Francisco, CA
- Dextromethorphan Abuse – California Association of Toxicologists, San Francisco, CA
- The Toxicology of Substance Abuse: Opiates and Opioids – California Association of Toxicologists, San Francisco, CA
- A Practical Method for the Extraction and GC/MS Analysis of Seven Opiates in Urine – California Association of Toxicologists, San Francisco, CA
- What's Going On in a Veterinary Toxicology Laboratory? – California Association of Toxicologists, San Francisco, CA
- While you were Sleeping: A Cancer was Growing in the Private Sector for the Drug Testing Industry – California Association of Toxicologists, San Francisco, CA
- Hallucinogenic Tryptamines – California Association of Toxicologists, San Francisco, CA
- Benzodiazepines Screen/Confirmation by LC/MSD – California Association of Toxicologists, San Francisco, CA
- Urine Marijuana Analysis and Interpretation – California Association of Toxicologists, San Francisco, CA

NP Lemos, PhD, FRSC

- Mood, Psychosis, and Personality: A Clinical Perspective – California Association of Toxicologists, San Francisco, CA
- Suicide, Treatment Resistant Depression, Safety and Efficacy of Depression Treatments – California Association of Toxicologists, San Francisco, CA
- Clinical Effects of Overdose: Emergency Medical Toxicology associated with Depression/Psychosis – California Association of Toxicologists, San Francisco, CA
- Clinical Depression in the Workplace – California Association of Toxicologists, San Francisco, CA
- Anti-Psychotics Drugs – California Association of Toxicologists, San Francisco, CA
- Antidepressants: Many Different Types and Analytical Schemes – California Association of Toxicologists, San Francisco, CA
- Driving Under the Influence of CNS Depressants – California Association of Toxicologists, San Francisco, CA
- World Trade Center Disaster: Characterizing the Nature and Extent of Contamination and Accessing Health Effects – American Academy of Forensic Sciences, Seattle, WA
- How to evaluate and Use your MS Guidelines – American Academy of Forensic Sciences, Seattle, WA
- The Holistic View of Analytical Toxicology – American Academy of Forensic Sciences, Seattle, WA
- Ongoing Work for GC/LC-MS(-MS) Guidelines – American Academy of Forensic Sciences, Seattle, WA
- Forensic Toxicology: The World Outside of Drugs – American Academy of Forensic Sciences, Seattle, WA
- Biological Monitoring of Exposure to Biomass Smoke – American Academy of Forensic Sciences, Seattle, WA
- Past, Present and Future of Elemental Testing in Forensic Toxicology – American Academy of Forensic Sciences, Seattle, WA
- Biological Monitoring and Forensic Implications – American Academy of Forensic Sciences, Seattle, WA
- Pathology of Environmental and Occupational Toxic Exposures – American Academy of Forensic Sciences, Seattle, WA
- Opioids in the Elderly – American Academy of Forensic Sciences, Seattle, WA
- The Pathology of Aging – American Academy of Forensic Sciences, Seattle, WA
- Antidepressants in the Elderly – American Academy of Forensic Sciences, Seattle, WA
- Pharmaceutical Pitfalls in the Elderly – American Academy of Forensic Sciences, Seattle, WA
- Calcium Channel Blockers in the Elderly – American Academy of Forensic Sciences, Seattle, WA
- Solving Challenges in Bioanalysis – Thermo Electron Corporation, Foster City, CA
- Unattended LC/MS/MS Method Development for Drug Discovery Utilizing QuickQuan™ Software – Thermo Electron Corporation, Foster City, CA
- Strategies for Optimizing Metabolism Strategies – Thermo Electron Corporation, Foster City, CA
- Characterization of Lipid A Heterogeneity with an LTQ-FT Hybrid Mass Spectrometer – Thermo Electron Corporation, Foster City, CA
- Solving Challenges in Food and Environmental Analysis – Thermo Electron Corporation, Foster City, CA
- Strategies for Structural ID in Complex Matrices – Thermo Electron Corporation, Foster City, CA

NP Lemos, PhD, FRSC

2005
- LC/MS/MS for Forensic Toxicology – Society of Forensic Toxicologists, Nashville, TN
- Oral Fluids – Research and Applications – Society of Forensic Toxicologists, Nashville, TN
- Post-mortem Toxicology Interpretation – Society of Forensic Toxicologists, Nashville, TN
- The Post-mortem 'Blood Drug Screen': Analytical and Managerial Approaches – Society of Forensic Toxicologists, Nashville, TN
- Alternative Matrix Drug Testing – California Association Toxicologists, Las Vegas, NV
- Blood, Urine & Tissue Collection, Handling and Analysis following the passing of California Senate Bill 1623 – California Association of Toxicologists, Sacramento, CA
- Records of Blood, Urine and Tissue Analysis and Individual Certification following the passing of California Senate Bill 1623 – California Association of Toxicologists, Sacramento, CA
- Medical Conditions and DUI Investigation – California Association of Toxicologists, Sacramento, CA
- Sexual Assault Analysis – California Association of Toxicologists, Sacramento, CA
- Quality Control and Accreditation – California Association of Toxicologists, Sacramento, CA
- Screening & Extraction in Toxicology – California Association of Toxicologists, Sacramento, CA
- Evidence-Based Forensic Science: Interpreting Postmortem Toxicology in the Light of Pathologic Findings – American Academy of Forensic Sciences, New Orleans, LA

2004
- Statistics and Method Validation – Federal Bureau of Investigations, Washington, DC
- New and Unique Technologies for Forensic Toxicology Laboratories – Federal Bureau of Investigations, Washington, DC
- Advanced Mass Spectrometry Theory and Interpretation – Federal Bureau of Investigations, Washington, DC
- Drug-Facilitated Sexual Assault – Federal Bureau of Investigations, Washington, DC
- Value and Purpose of Forensic Alcohol Analysis – California Department of Justice, Sacramento, CA
- Common Court Challenges to Forensic Alcohol Analysis – California Department of Justice, Sacramento, CA
- California Title 17 Regulations – California Department of Justice, Sacramento, CA
- Pharmacology, Toxicology and Physiology pertaining to Forensic Alcohol Analysis – California Department of Justice, Sacramento, CA
- Widmark Hypothesis – California Department of Justice, Sacramento, CA
- Legal Aspects of Forensic Alcohol Analysis – California Department of Justice, Sacramento, CA
- Wet Chemical Methods of Forensic Alcohol Analysis – California Department of Justice, Sacramento, CA
- Gas Chromatographic Methods for Forensic Alcohol Analysis – California Department of Justice, Sacramento, CA
- Method Theory for Breath Testing for Forensic Alcohol – California Department of Justice, Sacramento, CA
- Breath Calibration Device – California Department of Justice, Sacramento, CA
- DOJ and Orange County Breath Programs – California Department of Justice, Sacramento, CA

NP Lemos, PhD, FRSC

- Driving Impairment – California Department of Justice, Sacramento, CA
- Standard Field Sobriety Tests – California Department of Justice, Sacramento, CA
- Drinking Study & Drinking Study Data Analysis – California Department of Justice, Sacramento, CA
- Exotic Drugs and Toxins – California Association of Toxicologists, Sacramento, CA
- How to be a Better Expert Witness – American Academy of Forensic Sciences, Dallas, TX
- Ephedrine: Drug or Supplement? Ephedrine Related Compounds and the Debate on their Potential for Contribution to Injury – American Academy of Forensic Sciences, Dallas, TX
- Application of the principle of Pharmacology and Pharmacokinetics to the Interpretation of Drug Blood Levels – American Academy of Forensic Sciences, Dallas, TX

2003

- Forensic Alcohol Breath Test Operator – San Francisco, CA
- Forensic Science Fact and Fiction – Forensic Science Society, Oxford, England
- Reconstruction of a Traffic Accident: The Lady Diana – American Academy of Forensic Sciences, Chicago, IL
- Death Dealing Caregivers – American Academy of Forensic Sciences, Chicago, IL
- Clinical Chemistry and Forensic Toxicology – A Symbolic Relationship in Death Investigation – American Academy of Forensic Sciences, Chicago, IL
- Antipsychotics – Medicines for the Minds – American Academy of Forensic Sciences, Chicago, IL
- Asthma – Prevalence, Treatment and Death Investigation – American Academy of Forensic Sciences, Chicago, IL

2002

- Quality Matters – Forensic Science Society, Glasgow, Scotland
- Crime Scene Workshop – Forensic Science Society, Bromsgrove, England

2001

- Forensic Science & the Crime Scene – Forensic Science Society, York, England
- Applications of Microscopical Techniques in Forensic Science – Forensic Alliance, Abingdon, England
- The Agony of Ecstasy: Clinical, Pathological and Toxicological Aspects of MDMA – American Academy of Forensic Sciences, Seattle, WA
- Raves, Night Clubs and the New Youth Drug Culture – American Academy of Forensic Sciences, Seattle, WA
- Forensic Applications of Raman Spectroscopy – American Academy of Forensic Sciences, Seattle, WA
- Interpretation of Bloodstain Evidence – Forensic Alliance, Abingdon, England

2000

- From Crime Scene to Court Room – Irish Forensic Science Laboratory, Dublin, Ireland

1999

- The Scientific Investigation of Drugs – Airth Castle, Scotland
- Pathology for Toxicologists – Society of Forensic Toxicologists, Puerto Rico

NP Lemos, PhD, FRSC

1998

- Current Applications of Thin Layer Chromatography in Forensic Toxicology – Society of Forensic Toxicologists & The International Association of Forensic Toxicologists, Albuquerque, NM
- Practical Aspects of CI/MS for Drugs of Abuse – Society of Forensic Toxicologists & The International Association of Forensic Toxicologists, Albuquerque, NM

1997

- Capillary Electrophoresis in the Forensic Sciences – University of Verona, Verona, Italy


**PUBLICATIONS & PRESENTATIONS**

**Lemos NP.** Forensic Toxicology Principles and Cases. Presented to the San Francisco Paramedics Association. San Francisco, CA, 14 March 2007.

**Lemos NP.** Forensic Alcohol Analysis in the City and County of San Francisco. Presented to the San Francisco District Attorney's Office. San Francisco, CA, 12 February 2007.

**Lemos NP.** Toxicology at the San Francisco Office of the Chief Medical Examiner. Presented to the Forensic Pathology and Toxicology Department of the University of Athens. Athens, Greece, 16 May 2006.

Haller C and **NP Lemos**. The Party's Over: The Rise and Fall of Gamma Hydroxybutyrate (GHB). Presented to the Northern California Section of the American Association of Clinical Chemists. Berkeley, CA, November 2005.

**Lemos NP.** Toxicology at the San Francisco Office of the Chief Medical Examiner: Only for the Dead? Presented to the Forensic Science Student Society of the State University of New York – College at Buffalo. Buffalo, NY, 25 October 25 2005.

**Lemos NP.** Nail Them with Good Forensics: The Use of Nail Clipping Analysis in Forensic Toxicology. Seminar presented to the Department of Chemistry of the State University of New York – College at Buffalo. Buffalo, NY, 25 October 2005.

Wong SH, M Jin, R Shi, SB Gock, JM Jentzen, P Jannetto, C Schur, V Frolov, A Jenkins, E Balraj, B Hepler, D Isenchmid, C Schmidt, WL Hearn, U Hansen, MA Wagner, T Andrew, R Winecker, J Roper-Miller, S Karch, **NP Lemos**, L Langman, F Couper, B Logan, A Gordon, D Moody and S Jortani. Molecular Autopsy with Pharmacogenomics – A Multi-Center Study for Certifying Methadone Deaths: Preliminary Findings of Data Acquisition and Multiplex Genotyping CYP 450 2D6, 2C9, 2C19, 3A4 and 3A5 by Pyrosequencing$^{TM}$ Presented at the 35th Anniversary Meeting of the Society of Forensic Toxicologists. Nashville, TN, USA, October 2005.

**Lemos NP.** Postcard from America--post-mortem forensic toxicology. *Med Sci Law* **45**(3): 185-6 (2005).

**Lemos NP.** Forensic Toxicology in San Francisco. Presented at the National Student Leadership Conference. Stanford University (2005).

**Lemos NP.** Toxicology at the San Francisco Office of the Chief Medical Examiner: Only for the Dead? Presented at City College of San Francisco's Briefings in Biotechnology (2005).

**Lemos NP**, SB Karch, E Lin, G Nazareno, V Azar, J Smith, J Melinek, AP Hart and BG Stephens. Fentanyl in Seven Medical Examiner's Cases in the City and County of San Francisco. Proceedings of the Annual Meeting of the American Academy of Forensic Sciences 11: 376 (2005).

**Lemos NP**, SB Karch, E Lin, G Nazareno, V Azar, J Smith, AP Hart and BG Stephens. MDMA in Four Medical Examiner's Cases in the City and County of San Francisco. Proceedings of the Annual Meeting of the American Academy of Forensic Sciences 11: 360 (2005).

NP Lemos, PhD, FRSC

**Lemos NP**, SB Karch, E Lin, G Nazareno, V Azar, AP Hart and BG Stephens. Methadone Related Deaths in the City and County of San Francisco. Proceedings of the Annual Meeting of the American Academy of Forensic Sciences 11: 360-1 (2005).

**Lemos NP**, SB Karch, E Lin, G Nazareno, V Azar, AP Hart and BG Stephens. Drug Related Deaths in the City & County of San Francisco. Proceedings of the Joint Society of Forensic Toxicologists and The International Association of Forensic Toxicologists Meeting: 363 (2004).

**Lemos NP**, M Moreton, JS Button, K Laamenen, TD Lee and DW Holt. Determination of Clozapine and Desmethylclozapine in the Post-Mortem Blood of a Schizophrenic Patient. Proceedings of the Annual Meeting of the American Academy of Forensic Sciences **10**: 369 (2004).

**Lemos NP**, JS Button, TD Lee and DW Holt. A Multi-Drug Fatality Involving the Highest Reported Level of Venlafaxine in London, UK. Proceedings of the Annual Meeting of the American Academy of Forensic Sciences **10**: 368 (2004).

**Lemos NP**, JS Button, K Laamenen, TD Lee and DW Holt. Death Due to Ingestion of Tramadol in London, UK. Proceedings of the Annual Meeting of the American Academy of Forensic Sciences **10**: 358 (2004).

JS Button, **Lemos NP**, J Ramsey, TD Lee and DW Holt. An Analytical Protocol for the Identification of Sildenafil (Viagra®) in Specimens Commonly Submitted to the Toxicology or Analytical Laboratory. Proceedings of the Annual Meeting of the American Academy of Forensic Sciences **10**: 350 (2004).

**Lemos NP**, LR Thuesen, TD Lee and DW Holt. Extraction and Screening of Benzodiazepines in Fingernails by HPLC-MS-MS. Presented at the 8th International Congress on Therapeutic Drug Monitoring and Clinical Toxicology. Basel, Switzerland, September 2003.

**Lemos NP**, TD Lee and DW Holt. A Rapid Method for the Determination of Benzodiazepines in Post-mortem Blood by HPLC-MS-MS. Proceedings of the Annual Meeting of the American Academy of Forensic Sciences **9**: 309-310 (2003).

**Lemos NP**. A Review of the Operations of the Centre for International Forensic Assistance. Proceedings of the Annual Meeting of the American Academy of Forensic Sciences **9**: 138 (2003).

**Lemos NP**. New Analytical Methods in Forensic Toxicology. Presented to the South East Wales Section of the Royal Society of Chemistry. Cardiff, Wales, UK, November 2002.

**Lemos NP**. A Review of the Operations of the Centre for International Forensic Assistance. *Forensic Medicine & Toxicology in Europe* **1**:31 (2002)

Vanezis P and **NP Lemos**. Training in Forensic Medicine and Toxicology in Great Britain. *Forensic Medicine & Toxicology in Europe* **1**:8 (2002)

**Lemos NP**, TD Lee and DW Holt. The first documented fatality in London due to GHB overdose. *Annals de Toxicologie Analytique* **14**(3): 190 (2002).

Oxley AM, TD Lee, **NP Lemos** and DW Holt. A method for the simultaneous determination of clobazam and desmethylclobazam in post-mortem blood by HPLC/MS/MS. *Annals de Toxicologie Analytique* **14**(3): 315 (2002).

Vanezis P, S Black and **NP Lemos**. An Introduction to the Centre for International Forensic Assistance. Presented at the Foreign & Commonwealth Office, London, England, UK, April 2002.

**Lemos NP**. The Use of Keratinous Tissues as Alternative Biological Specimens in Forensic Toxicology. Presented at the Joint Meeting of the London Toxicology Group & the Belgian Luxembourg Toxicology Group, Antwerp, Belgium, March 2002.

NP Lemos, PhD, FRSC

**Lemos NP**. Nail Them with Good Forensics: the Use of Nail in Forensic Toxicology. Presented at the Meeting of the Forensic Science Society, Chorley, England, UK, November 2001.

**Lemos NP**. A New Method for the Monitoring of Chronic Drug Abuse Using Nail Clippings. Presented at the House of Commons, London, England, UK, October 2001.

**Lemos NP**, F Bortolotti, G Manetto, RA Anderson, F Cittadini and F Tagliaro. Capillary Electrophoresis: A New Tool on Forensic Medicine & Science. *Science and Justice* **41:** 203-210 (2001).

Takaichi K, **NP Lemos** and RA Anderson. Analysis of Opiates in Nail Clippings from Chronic heroin Abusers. Presented at the Meeting of The International Association of Forensic Toxicologists, Prague, Czech Republic, August 2001.

**Lemos NP**, F Bortolotti and G Manetto. Capillary Electrophoresis: A New Tool in Forensic Medicine & Science. Presented at the Meeting of the Forensic Science Society, Amsterdam, The Netherlands, April 2001.

**Lemos NP**, RA Anderson, K Takaichi and JR Robertson. Evaluation of Alternative Cannabinoid Extraction Procedures for Nail Clippings from Chronic Cannabis Smokers. Proceedings of the Annual Meeting of the American Academy of Forensic Sciences **7:** 318-319 (2001).

**Lemos NP**, RA Anderson and JR Robertson. The Analysis of Methadone in Nail Clippings from Patients on a Methadone Maintenance Program. *Journal of Analytical Toxicology*. **24 (7):** 656-660 (2000).

**Lemos NP**, RA Anderson, R Valentini, F Tagliaro and RTA Scott. Analysis of Morphine by RIA and HPLC in Fingernail Clippings Obtained from Heroin Users. *Journal of Forensic Sciences*. **45 (2):** 414-419 (2000).

**Lemos NP**. Analysis of Bile and Nail as Alternative Biological Specimens in Forensic Toxicology. Thesis for the Degree of Doctor of Philosophy. University of Glasgow. Glasgow, Scotland, UK, August 1999.

**Lemos NP**, RA Anderson and JR Robertson. Methadone Analysis in Nail Clippings of Patients on a Methadone Maintenance Program. Presented at the Meeting of the Society of Forensic Toxicologists, Inc. Rio Grande, Puerto Rico, USA, October 1999.

**Lemos NP**, RA Anderson, RTA Scott, F Tagliaro and R. Valentini. Drug Analysis in the Nail: Extraction and Determination of Morphine by RIA and HPLC in Fingernail Clippings of Heroin Users. Proceedings of the Annual Meeting of the American Academy of Forensic Sciences **5:** 277 (1999).

**Lemos NP**, RA Anderson and JR Robertson. Nail Analysis for Drugs of Abuse: Extraction and Determination of Cannabis in Fingernails by RIA and GC-MS. *Journal of Analytical Toxicology*. **23:** 147-152 (1999).

**Lemos NP**, RA Anderson and JR Robertson. Nail Analysis for Drugs of Abuse. Presented at the Joint Meeting of SOFT and TIAFT, Albuquerque, NM, USA, October 1998.

**Lemos NP** and RA Anderson. Biliary Analysis of Dextropropoxyphene and Norpropoxyphene by Solid Phase Extraction. Proceedings of the XXXV TIAFT Annual Meeting **1:** 695-698 (1997).

**Lemos NP**. Biliary Exretion of Alcohols. Thesis for the Degree of Master of Science. John Jay College of Criminal Justice of the City University of New York. New York, NY, USA, September 1996.

Agarwal AK and **NP Lemos**. Significance of Bile Analysis in Drug-Induced Deaths. *Journal of Analytical Toxicology*. **20:** 61-63 (1996).

Agarwal AK and **NP Lemos**. Significance of Drug Overdose Cases. In *Aspects on Forensic Toxicology* **1:** 142-146. Thessaloniki, Greece, August 1995.

NP Lemos, PhD, FRSC

**EDITORIAL SERVICE**

| | |
|---|---|
| Science Editor | *Medicine, Science and the Law,* Journal of the British Academy of Forensic Sciences<br>2003 – Current |
| Invited Editor | *Journal of Analytical Toxicology,* Preston Publications |
| Invited Editor | *Journal of Clinical Forensic Medicine,* Elsevier Publications |
| Invited Editor | *Journal of Forensic Sciences,* ASTM International |
| Invited Editor | *Science & Justice,* Journal of the Forensic Science Society |

**OTHER SCHOLARLY ACTIVITIES**

| | |
|---|---|
| Co-Host | Summer Meeting of the California Association of Toxicologists<br>10 June 2006; San Francisco, California, USA |
| Co-Host | *Depression and Psychosis*<br>Workshop of the California Association of Toxicologists<br>9 June 2006; San Francisco, California, USA |
| Scientific Consultant | *Forensic Practice in Criminal Cases*<br>The Law Society, Published in London, January 2004 |
| Scientific Consultant | *Crime Scene: The Ultimate Guide to Forensic Science*<br>Dorling Kindersley Publishing, Published in London, June 2003 |
| Scientific Consultant | Open University Adult Education Program on BBC<br>*Ever Wondered: Forensic Detection*<br>2001 – 2003 |
| Director | Research, Training & Education<br>Centre for International Forensic Assistance, University of Glasgow<br>2002 – 2003 |
| Convener | "Human Rights – Torture – Genocide – Identification"<br>International Conference of the Centre for International Forensic Assistance & the British Association for Human Identification<br>16 & 17 November 2002; London, England |

**RESEARCH PROGRAM**

- The development and validation of new analytical methodologies for the detection and quantitation of alcohols, drugs and other substances in toxicology-related specimens.
- The evaluation of keratinous biological matrices in the detection of long-term exposure to substances.
- The development and validation of new methods for the detection of drugs in various matrices using LC/MS/MS.
- The development of new techniques to detect and quantify substances possibly involved in alleged sexual assault cases.
- The evaluation of epidemiological data on forensic toxicology as it pertains to certain populations.
- The adaptation of CYP450 pharmacogenomic profiling in the interpretation of drug levels in organisms.

**AWARDS & GRANTS**

- 05/2006 — American Association of Clinical Chemistry - Outstanding Speaker Award 2005
- 10/2005 — 109th US Congress – Proclamation of Achievement
- 10/2005 — State University of New York – College at Buffalo: Young Alumnus Achievement Award
- 08/2004 — Federal Bureau of Investigations: Travel Grant
- 11/2002 — The Royal Society: Parliamentary Grant
- 01/2001 — The Royal Society: Conference Grant
- 02/2000 — London South Bank University: Course Development Grant
- 01/2000 — London South Bank University: School of Applied Sciences Award
- 01/1999 — Royal Society of Chemistry (Analytical Division): Conference Grant
- 11/1995 — Northeastern Association of Forensic Scientists: Scholarship Award
- 05/1993 — Chemcon Associates Inc.: Achievement Award