FILED
MUNICIPAL COURT
SANTA CRUZ

93 JUL 19 PM 2: 37

ARTHUR DANNER III, DISTRICT ATTORNEY
KATHRYN CANLIS, ASSISTANT DISTRICT ATTORNEY
COUNTY GOVERNMENT CENTER
701 OCEAN STREET, ROOM 200
SANTA CRUZ, CALIFORNIA  95060
TELEPHONE:  (408) 454-2400

ATTORNEYS FOR THE PEOPLE

MUNICIPAL COURT OF CALIFORNIA, COUNTY OF SANTA CRUZ

SANTA CRUZ JUDICIAL DISTRICT

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, | |
| Plaintiff, | Case No. 43D5564 |
| vs. | COMPLAINT -- CRIMINAL |
| WILLIAM HALL SPIKER,<br>AKA: WILLIAM HALL JOHNSON<br>AKA: WILLIAM HALL SPILER | Date: 07/20/93<br>Time: 8:15 a.m.<br>Dept:<br>Event: ARRC |
| Defendant(s), | |

Arthur Danner III, District Attorney of the County of Santa Cruz, State of California, accuses WILLIAM HALL SPIKER of the following crime(s) committed in the County of Santa Cruz, State of California:

COUNT 1    A violation of section 23152(A) of the Vehicle code of the State of California, a Felony committed on or about July 18, 1993 in that at said time and place the above named defendant(s) did willfully and unlawfully, while under the influence of an alcoholic beverage and a drug and under their combined influence, drive a vehicle.

COUNT 2    A violation of section 23152(B) of the Vehicle code of the State of California, a Felony committed on or about July 18,

1  1993 in that at said time and place the above named defendant(s)
2  did willfully and unlawfully, while having 0.08 percent and more,
3  by weight, of alcohol in his/her blood, drive a vehicle.

4                              PRIOR CONVICTIONS
5  It is further alleged that within seven years of the commission of
6  the above offense, said defendant committed a violation of the
7  Vehicle Code, to wit:

8  <u>DATE OF OFFENSE</u>           <u>VIOLATION</u>            <u>JURISDICTION</u>
9  08/11/91                  VC 23152(A)          San Francisco
10 12/28/91                  VC 23152(A)          San Francisco
11 08/30/92                  VC 23152(A)          San Francisco

12 <u>COUNT 3</u>     A violation of section 14601.2 of the Vehicle code of
13 the State of California, a <u>Misdemeanor</u> committed on or about July
14 18, 1993 in that at said time and place the above named
15 defendant(s) did willfully and unlawfully drive a motor vehicle
16 upon a highway at a time when his/her driving privilege was
17 suspended and revoked for driving under the influence of an
18 alcoholic beverage and a drug, and their combined influence, and
19 when he/she had knowledge of said suspension and revocation.

20                              SPECIAL ALLEGATION
21 It is further alleged as to Count 1 and 2 that at the time of the
22 commission of the above offense, the defendant(s), William Hall
23 Spiker, was released from custody by bail in a case from San Mateo,
24 Felony 23152(a), within the meaning of Penal Code Section 12022.1.
25 //
26 //
27 //
28 //

1  Therefore, complainant declares under penalty of perjury that
2  the foregoing is true and correct.
3  Executed on July 19, 1993 at Santa Cruz, California.

```
                                    ARTHUR DANNER III
                                    DISTRICT ATTORNEY

                                    [signature: Kathryn Canlis]
                                    KATHRYN CANLIS
                                    Assistant District Attorney
CHP
sjb/spiker.16
```

-3-