```
 1  ARTHUR DANNER III, DISTRICT ATTORNEY
    COUNTY OF SANTA CRUZ
 2  701 OCEAN STREET, ROOM 250
    SANTA CRUZ, CA  95060
 3  TELEPHONE:  (408) 454-2400

 4  ATTORNEYS FOR THE PEOPLE
```

**FILED**
AUG 16 1993
CHRISTINE PATTON, CLERK
BY _____
DEPUTY SANTA CRUZ COUNTY

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SANTA CRUZ

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA,<br>                Plaintiff,<br>vs.<br>WILLIAM HALL SPIKER<br>                Defendant(s), | No  43-05566<br><br>INFORMATION<br>DATE: AUGUST 16, 1993<br>TIME: 8:15 A.M.<br>DEPT: 7 |



The District Attorney of the County of Santa Cruz, State of California, accuses WILLIAM HALL SPIKER of the following crime(s) committed in the County of Santa Cruz, State of California:

<u>COUNT 1</u>    A violation of section 23152(A) of the Vehicle code of the State of California, a <u>Felony</u> committed on or about JULY 18, 1993 in that at said time and place the above named defendant(s) did willfully and unlawfully, while under the influence of an alcoholic beverage and a drug and under their combined influence, drive a vehicle.

<u>COUNT 2</u>    A violation of section 23152(B) of the Vehicle code of the State of California, a <u>Felony</u> committed on or about JULY 18, 1993 in that at said time and place the above named defendant(s) did willfully and unlawfully, while having 0.08 percent and more, by weight, of alcohol in his/her blood, drive a vehicle.

## PRIOR CONVICTIONS

It is further alleged that within seven years of the commission of the above offense, said defendant committed a violation of the Vehicle Code, to wit:

| DATE OF OFFENSE | VIOLATION | JURISDICTION |
|---|---|---|
| AUGUST 11, 1991 | VC 23152(A) | SAN FRANCISCO |
| DECEMBER 28, 1991 | VC 23152(A) | SAN FRANCISCO |
| AUGUST 30, 1992 | VC 23152(A) | SAN FRANCISCO |

## SPECIAL ALLEGATION

It is further alleged as to Counts 1 and 2 that at the time of the commission of the above offense, the defendant(s), WILLIAM HALL SPIKER, was released from custody BY BAIL IN A CASE FROM SAN MATEO, FELONY 23152(A) OF THE VEHICLE CODE, within the meaning of Penal Code Section 12022.1.

COUNT 3    A violation of section 14601.2(A) of the Vehicle code of the State of California, a Misdemeanor committed on or about JULY 18, 1993 in that at said time and place the above named defendant(s) did willfully and unlawfully drive a motor vehicle upon a highway at a time when his/her driving privilege was suspended and revoked for driving under the influence of an alcoholic beverage and a drug, and their combined influence, and when he/she had knowledge of said suspension and revocation.

All of the above violations are contrary to the form, force and effect of the Statute in such case made and provided and against the peace and dignity of the People of the State of

```
 1   California.
 2          Dated:  AUGUST 9, 1993
 3                                          ARTHUR DANNER III
                                            DISTRICT ATTORNEY
 4
 5                                          [signature]
 6                                          PETER J. MORGAN
                                            ASSISTANT DISTRICT ATTORNEY
 7
 8   43-05566.B8
```

-3-