| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CRUZ | | | CASE NUMBER: 43-05566 |
|---|---|---|---|
| DATE: August 16, 1993 | JUDGE: ROBERT B. ATACK | CLERK: Cathy Johnson ng | ( X ) INFORMATION<br>(  ) CERTIFICATE |
| DEPARTMENT: SEVEN | BAILIFF: Ken Henderson | (X) REPORTER (  ) ELECTRONIC MONITOR<br>Rick Taormina | (  ) INDICTMENT<br>FILED: 8/16/93 |
| PEOPLE v.<br>WILLIAM HALL SPIKER aka<br>Johnson/Spiler | VIOLATION OF SECTION(S)   (  ) AMENDED<br>1: 23152(a)VC, F w/3 priors<br>2: 23152(b)VC, F w/3 priors<br>w/12022.1 PC alleg as t<br>CTs 1,2<br>3: 14601.2(a)VC, M | DISTRICT ATTORNEY<br>Archie Webber<br>COUNSEL FOR DEFENDANT<br>Larry Shallberg<br>PROBATION OFFICER<br>Andy Azevedo | |

DEFENDANT ( X ) PRESENT  (  ) NOT PRESENT  (  ) WAIVER ON FILE  (  ) INTERPRETER:

**ARRAIGNMENT**   (  ) PROBATION VIOLATION

( X ) COPY OF INFORMATION/INDICTMENT GIVEN TO DEFENDANT.
(  ) DEFENDANT STATES TRUE NAME IS:
  (  ) AS SHOWN ON THE INFORMATION/INDICTMENT.
  (  ) _____
(  ) COURT ADVISES DEFENDANT OF CHARGES/ALLEGATIONS.
(  ) COURT APPOINTS PUBLIC DEFENDER.
(  ) COURT APPOINTS_____
( X ) FORMAL ARRAIGNMENT WAIVED  ( X ) READING WAIVED.
(  ) COURT INFORMS DEFENDANT OF LEGAL RIGHTS.

**PLEA**
( X ) DEFENDANT PLEADS:
  ( X ) NOT GUILTY AS TO COUNTS 1, 2, 3.
  ( X ) ADMITS/DENIES ALLEGATIONS.
  (  ) GUILTY/NOLO TO COUNTS_____
  (  ) ON CONDITION THAT: (  ) INDICATED SENTENCE:
    (  ) NO PRISON BE IMPOSED.
    (  )

**MOTIONS/OTHER PROCEEDINGS**
This case is assigned to Dept. 7, Judge Atack, and the Court finds that the "last day" is 10/15/93 in this case.

**CALENDAR SETTING**
(  ) TIME IS WAIVED     ( X ) TIME IS NOT WAIVED
(x) STATUS / PRETRIAL CONFERENCE SET FOR Dept. 7
    DATE: 9/23/93    TIME: 8:15 AM
( X ) JURY/COURT TRIAL SET FOR Dept. 7
    DATE 9/28/93    TIME 9 AM
(  ) PROBATION REPORT/JUDGMENT SET FOR
    DATE:    TIME:
(  )
    DATE:    TIME:
(  ) VACATE HEARING DATE OF
    DATE:    TIME:

**CUSTODY STATUS**
( X ) DEFENDANT REMANDED TO CUSTODY OF SHERIFF.
    (  ) WITHOUT BAIL.
    ( X ) WITH BAIL SET AT $ 20,000
(  ) DEFENDANT TO REMAIN AT LIBERTY.
    (  ) ON OWN RECOGNIZANCE.
    (  ) ON BAIL PREVIOUSLY POSTED.
    (  ) ON PROBATION.
(  ) DEFENDANT ORDERED RELEASED FROM CUSTODY.
    (  ) ON OWN RECOGNIZANCE  (  ) ON PROBATION
    (  ) CASE DISMISSED.
(  ) BENCH WARRANT TO ISSUE (  ) WITHHELD TO_____
    (  ) NO BAIL.
    (  ) BAIL SET AT $_____

**BAIL**
(  ) SET/REDUCED TO $_____
(  ) FORFEITED_____
(  ) REINSTATED/EXONERATED_____

(  ) DEFENDANT ADVISED RE NOLO CONTENDERE PLEA.
(  ) COURT FINDS:
  (  ) FACTUAL BASIS FOR PLEA.
  (  ) DEFENDANT VOLUNTARILY WAIVES RIGHTS.
  (  ) DEFENDANT ENTERS PLEA FREELY.
  (  ) DEFENDANT UNDERSTANDS CONSEQUENCES.
  (  ) DEFENDANT'S PROBATION WAS VIOLATED.
(  ) COURT ORDERS DEFENDANT'S PROBATION REVOKED.

**CLERK'S CERTIFICATE**
I HEREBY CERTIFY THAT THE FOREGOING IS A CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE.
CLERK OF THE SUPERIOR COURT
DATE_____ BY_____
DEPUTY CLERK

cc: DA, Sheriff, PD
(  ) COPY TO PROBATION

CLK 804 REV. (6/91)    **CRIMINAL MINUTES**    (SEAL)