# ABSTRACT OF JUDGMENT – PRISON COMMITMENT
## SINGLE OR CONCURRENT COUNT FORM

FORM DSL 290.1

(Not to be used for Multiple Count Convictions nor Consecutive Sentences)

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** SANTA CRUZ
**BRANCH**

**COURT I.D.** S440000

**PEOPLE OF THE STATE OF CALIFORNIA** versus
**DEFENDANT:** WILLIAM HALL SPIKER
**AKA:** Johnson/Spiler

[X] PRESENT
[ ] NOT PRESENT

**CASE NUMBER** 43-05566

SEP 2 3 1993
CHRISTINE PATTON, CLERK
BY _____
DEPUTY SANTA CRUZ _____

**COMMITMENT TO STATE PRISON**
**ABSTRACT OF JUDGMENT**

**AMENDED ABSTRACT** [ ]

| DATE OF HEARING (MO) (DAY) (YR) | DEPT. NO | JUDGE | CLERK |
|---|---|---|---|
| 092393 | 7 | ROBERT B. ATACK | Cathy Johnson ng |

| REPORTER | COUNSEL FOR PEOPLE | COUNSEL FOR DEFENDANT | PROBATION NO. OR PROBATION OFFICER |
|---|---|---|---|
| Rick Taormina | Peter Morgan | Larry Shallberg | -- |

1. DEFENDANT WAS CONVICTED OF THE COMMISSION OF THE FOLLOWING FELONY (OR ALTERNATE FELONY/MISDEMEANOR):

| COUNT | CODE | SECTION NUMBER | CRIME | R.CRIME LIMITED | DATE OF CONVICTION MO / DAY / YEAR | CONVICTED BY JURY / COURT / PLEA | (S) | TIME IMPOSED YEARS / MONTHS |
|---|---|---|---|---|---|---|---|---|
| 1 | VC | 23152(a) | DUI w/3 priors | | 93 09 23 93 | X | M | 2 0 |

2. **ENHANCEMENTS** charged and found true **TIED TO SPECIFIC COUNTS** (mainly in the § 12022-series) including WEAPONS, INJURY, LARGE AMOUNTS OF CONTROLLED SUBSTANCES, BAIL STATUS, ETC.):
For each count list enhancements horizontally. **Enter** time imposed for each **or** "S" for stayed or stricken. DO NOT LIST enhancements charged but not found true or stricken under § 1385.
Add up time for enhancements on each line and enter line total in right-hand column.

| Count | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

3. **ENHANCEMENTS** charged and found true **FOR PRIOR CONVICTIONS OR PRIOR PRISON TERMS** (mainly § 667-series) and **OTHER**.
List all enhancements based on prior convictions or prior prison terms charged and found true. If 2 or more under the same section, repeat it for each enhancement (e.g., if 2 non-violent prior prison terms under § 667.5(b) list § 667.5(b) 2 times). Enter time imposed for each or "S" for stayed or stricken. DO NOT LIST enhancements charged but not found true or stricken under § 1385. Add time for these enhancements and enter total in right-hand column. Also enter here any other enhancement not provided for in space 2.

| Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

4. **OTHER ORDERS:** Defendant's drivers license is suspended for 4 years. Defendant is ordered to pay a restitution fine of $600 for the Restitution Fund pursuant to §13967 GC through CDC as directed by CDC.

5. TIME STAYED § 1170.1(g) (DOUBLE BASE LIMIT):
6. TOTAL TERM IMPOSED: 2 0
7. [X] THIS SENTENCE IS TO RUN **CONCURRENT** WITH ANY PRIOR UNCOMPLETED SENTENCE(S):
8. EXECUTION OF SENTENCE IMPOSED:
   A. [X] AT INITIAL SENTENCING HEARING
   B. [ ] AT RESENTENCING PURSUANT TO DECISION ON APPEAL
   C. [ ] AFTER REVOCATION OF PROBATION
   D. [ ] AT RESENTENCING PURSUANT TO RECALL OF COMMITMENT (PC § 1170(d))
   E. [ ] OTHER _____

9. DATE OF SENTENCE PRONOUNCED (MO) (DAY) (YR): _____
   CREDIT FOR TIME SPENT IN CUSTODY — TOTAL DAYS 102 INCLUDING ACTUAL LOCAL TIME 68 LOCAL CONDUCT CREDITS 34
   STATE INSTITUTIONS: [ ] DMH [ ] CDC

10. DEFENDANT IS REMANDED TO THE CUSTODY OF THE SHERIFF, TO BE DELIVERED
    [X] FORTHWITH
    [ ] AFTER 48 HOURS, EXCLUDING SATURDAYS, SUNDAYS AND HOLIDAYS
    [ ] INTO THE CUSTODY OF THE DIRECTOR OF CORRECTIONS AT THE RECEPTION-GUIDANCE CENTER LOCATED AT:
    [ ] CALIF. INSTITUTION FOR WOMEN – FRONTERA
    [ ] CALIF. MEDICAL FACILITY – VACAVILLE
    [X] SAN QUENTIN
    [ ] CALIF. INSTITUTION FOR MEN – CHINO
    [ ] DEUEL VOC. INST
    [ ] OTHER (SPECIFY) _____

**CLERK OF THE COURT**
I hereby certify the foregoing to be a correct abstract of the judgment made in this action
DEPUTY'S SIGNATURE _____   DATE _____

This form is prescribed under Penal Code § 1213.5 to satisfy the requirements of § 1213 for determinate sentences under Penal Code § 1170. Attachments may be used but must be referred to in this document

## ABSTRACT OF JUDGMENT – COMMITMENT
### SINGLE OR CONCURRENT COUNT FORM
(Not to be used for Multiple Count Convictions nor Consecutive Sentences)
FORM DSL 290.1

Form Adopted by the Judicial Council of California
Effective April 1, 1990

DISTRIBUTION   PINK COPY – COURT FILE   YELLOW COPY – DEPARTMENT OF CORRECTIONS   WHITE COPY – ADMINISTRATIVE OFFICE OF THE COURTS