**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CRUZ**

CASE NUMBER: 43-05566

| DATE | JUDGE | CLERK | |
|---|---|---|---|
| 9/23/93 | ROBERT B. ATACK | Cathy Johnson | (X) INFORMATION<br>( ) INDICTMENT |
| DEPARTMENT | BAILIFF | (X) REPORTER  ( ) ELECTRONIC MONITOR | ( ) CERTIFICATE |
| 7 | Paul Tessier | Rick Taormina | FILED: 8/16/93 |

| PEOPLE v. | VIOLATION OF SECTION(S) | DISTRICT ATTORNEY |
|---|---|---|
| **WILLIAM HALL SPIKER**<br>akas Johnson/Spiler | 1:23152(a) VC, felony,<br>w/3 prior convictions<br>2:dismissed<br>3:dismissed<br>§12022.1 PC, special al-<br>legation dismissed. | Peter Morgan<br>COUNSEL FOR DEFENDANT<br>Larry Shallberg<br>PROBATION OFFICER<br>------ |

DEFENDANT ( X ) PRESENT     ( ) NOT PRESENT     ( ) WAIVER ON FILE     ( ) INTERPRETER:

## JUDGMENT

The Court, having read and considered report(s) submitted herein and no legal cause having been shown why judgment cannot be pronounced:

( ) reinstates criminal proceedings

( ) having found defendant in violation, revokes probation

( ) arraigns defendant for judgment

(X) formal arraignment waived

( ) pronounces sentence and suspends execution

( ) grants probation ( ) formal ( ) unsupervised ( ) informal
for _____ years on usual conditions and that defendant:

  ( ) serve _____ days in the County Jail

  ( ) submit person, residence and vehicle to search/seizure

  ( ) make restitution through the Probation Department in
    ( ) an amount determined by said Department
    ( ) the sum of $ _____ to State Restitution Fund

  ( ) pay a Restitution Fine of $ _____ for the Restitution Fund
    per Sec. 13967 of the Gov't Code ( ) Stayed

  ( ) pay a fine in the sum of $ _____ plus $ _____ P.A.

  ( ) participate in educational/vocational/therapeutic program as
    directed by the Probation Officer

  ( ) submit to testing for use of alcohol/controlled substances

  ( ) totally abstain from use of alcohol/controlled substances

  ( ) avoid any place in which alcohol is chief item of sale

(X) denies probation and sentences defendant to:

  ( ) County Jail for _____ days

  (X) State Prison for total term of ___2___ years

    (X) __middle__ term of ___2___ years ~~xxxxxxx~~
      **as to Count 1**

    ( ) prior felony for _____ years

    ( ) special allegation of _____
      for_____ years

    ( ) count _____ to be consecutive to count
      for_____ years

    ( ) count _____ for _____ years
      concurrently with count _____

    ( ) prior uncompleted sentence _____

(Per stipulation of counsel, the
Court orders COUNTS 2 & 3 & the §12022.
PC special allegation DISMISSED. Also,
counsel stipulate that dft's San Mateo
County DUI is to be dismissed--attorney
in that county have been advised and are
in agreement. Restitution from that cas
may, however, be ordered.

APPEAL RIGHTS

( ) The Court advises defendant of appeal rights and defendant
acknowledges receipt of copy of Notice of Rights

CREDIT

(X) Defendant's credit for time, through today

  (X) is __102__ total days

  (X) being __68__ days local time

  (X) plus __34__ days 4019(b) PC time

---

Defendant is advised of his rights
and voluntarily waives rights, & freely
pleads **NO CONTEST** to **COUNT 1, admitting
all 3 prior convictions**; understanding
the consequences thereof & stipulating
to a factual basis.
Per stipulation of counsel, the
Court sentences defendant to state pri-
son as outlined at upper right. Defen-
dant first waives a presentence report
& waives time for sentencing. Dft to
pay a Restitution Fine of $600 for the
Restitution Fund per §13967 Gov't Code,
and ~~xxxxxx~~ defendant's **driver's license
suspended for 4 years.**

( ) The Court reinstates probation under original terms/and in
addition:

CUSTODY STATUS

(X) Defendant is remanded to the custody of the Sheriff to be
delivered/or

  (X) to the Director, Department of Corrections --to serv
  ( ) to County Jail     state prison sentence
  ( )                    imposed herein.

( ) stay of execution granted and defendant to report

BAIL

( ) Bail _____

  ( ) is exonerated

CLERK'S CERTIFICATE

I hereby certify that the foregoing is a correct copy of the original or
file in my office.

                        Clerk of the Superior Court

Date: _____     By _____
      [seal]                Deputy Clerk

**OTHER DISPOSITIONS**
In light of today's disposition,
the Court **VACATES** court date: **9/28/93**.

(X) PD   (X) DMV Abstract to DMV
cc: (X) DA (X) JAIL ( ) PROBATION (X) STATE PRISON

CLK 812 (REV 6/91)

CRIMINAL MINUTES — SENTENCE