# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL TRIAL MINUTES

**JUDGE:** JOSEPH C. SPERO     **COURTROOM DEPUTY:** Karen L. Hom

**DATE:** November 13, 2007    **COURT REPORTER:** Lydia Zinn

**CASE NO. CR07-0462 JCS**    **TIME:** 8:30 AM to 9:55 AM
   10:00 AM to 12:21 PM
   1:15 PM - 1:25 PM
   **Total Trial Hrs: 4 hrs**

FILED
NOV 13 2007
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**TITLE:** UNITED STATES OF AMERICA v. WILLIAM H. SPIKER

**BENCH TRIAL BEGAN:** 11/13/07    **TRIAL ENDED:** 11/13/07

**COUNSEL FOR PLAINTIFF:**
Wendy Thomas
Shubhra Shivpuri, Law Clerk

**COUNSEL FOR DEFENDANT:**
Adam Gasner

**PROCEEDINGS:**

Bench trial began. Gov't opening statement. Gov't and Defendant rested.. Gov't and Dft's closing statements.
Court Verdict: Dft found guilty as to Counts 1 and 2 of the Class B Misdemeanor Information.
Defendant referred to USPO for a pre-sentence report.
Sentencing set for Feb. 15, 2008 at 10:30 AM.

**MOTIONS:**
1. USA's Motion in Limine to Admit Dft's Prior Convictions for Impeachment [docket #18]

2. USA's Motion in Limine to Admit Evidence Of Other Crimes, Wrongs, or Acts [docket #19]

**RULING:**
Granted

Denied.

**WITNESSES:** Gov't witnesses Officer Michael Griffin, Officer Ari Cole Wong, Elaine Ermitano, Pavlos Karamanidis, Officer Jason Collins, Nikolas P. Lemos.

**EXHIBITS MARKED/ADMITTED INTO EVIDENCE:** Gov't Exhibit Nos.1,2, 3,4, 5. Dft's Exhibit Nos. 7-10.