UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CASE NO. CR07-0462 JCS                    DATE Nov. 13, 2007

USA _____ vs. William H. Spizer

EXHIBIT LIST

(X) PLAINTIFF                              (X) DEFENDANT

FILED
NOV 13 2007
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| EXHIBIT NUMBER | DATE Marked for Identification | DATE Admitted in Evidence | DESCRIPTION |
|---|---|---|---|
| 1 | X | X 11/13/07 | Map |
| 2 | X | X 11/13/07 | Beer Bottle |
| 3 | X | X 11/13/07 | Blood Test Request |
| 4 | X | X 11/13/07 | Phlebotomy Checklist |
| 5 | X | X 11/13/07 | Toxicology Report |
| 6 | X |  | CW - Dr. Nikolas P. Lemos |
| D7 | X | X 11/13/7 | Photo of Girard Road |
| D8 | X | X 11/13/7 | Photo of Service Rd facing Apt |
| D9 | X | X 11/13/7 | Photo of Service Rd facing Apt, including sign |
| D10 | X | X 11/13/7 | Photo of Service Rd showing Red car facing Union Blvd |