UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: **CR07-00462 JCS**   Case Name: **USA** V. **WILLIAM H. SPIKER**

### EXHIBIT and WITNESS LIST

| JUDGE<br>JOSEPH C. SPERO | PLAINTIFF ATTORNEY:<br>Wendy Thomas & Shubhra Shivpuri, Law Clerk | DEFENSE ATTORNEY:<br>Adam Gasner |
|---|---|---|
| TRIAL DATE:<br>November 13, 2007 | REPORTER(S):<br>Lydia Zinn | CLERK:<br>KAREN L. HOM |

FILED NOV 1 3 2007 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 8:12 AM | | | AUSA present. |
| | | 8:25 AM | | | Adam Gasner, counsel for Dft, present. Dft not present. |
| | | 8:27 AM | | | Dft William Spiker present. |
| | | 8:32 AM | | | Court convened. Housekeeping issues re: impeachment photos and courtroom etiquette. |
| | | | | | Court ruled on USA's Motion in Limine To Admit Dft's Prior Convictions for Impeachment [docket no. 18] - **GRANTED**. |
| | | | | | Court ruled on USA's Motion in Limine to Admit Evidence of Other Crimes, Wrongs, or Acts [docket no. 19] - **DENIED**. |
| | | 8:35 AM | | | Gov't Opening Statement. |
| | | 8:37 AM | | | Gov't called witness Officer Michael Griffin. Court oath administered to witness. Direct exam of Michael Griffin. |
| 1 | | 8:41 AM | X | X | Gov't Exh No. 1 - Map |
| | | 8:44 AM | | | Cross-exam of Officer Griffin. |
| | | 9:02 AM | | | Officer Griffin excused. AUSA called witness Officer Ari Wong. Court oath administered to witness. |
| | | 9:03 AM | | | Direct exam of Ari Wong. |
| 2 | | 9:11 AM | X | X | Gov't Exh. No. 2 - Beer Bottle |
| 3 | | 9:14 AM | X | X | Gov't Exh. No. 3 - Blood Test Request. Dft's objection is over-ruled and document is used for limited purpose. |
| 4 | | 9:16 AM | X | X | Gov't Exh. No. 4 - Phlebotomy Checklist. Dft's objection is over-ruled and document is used for limited purpose. |
| | | 9:18 AM | | | Cross-exam of Officer Wong. |
| | | 9:28 AM | | | Clerk marked for ID, Dft's Exh Nos. 7-10. |

Page 1 of 3

Case No: **CR07-00462 JCS**   Case Name: **USA** V. **WILLIAM H. SPIKER**

Date: November 13, 2007

## EXHIBIT and WITNESS LIST
Continued

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
|  | 7 | 9:30 AM | X | X | Dft's Exh No. 7 - Photo of Girard Road |
|  | 8 |  | X | X | Dft's Exh. No. 8 -Photo of Service Road Facing Apartment. |
|  | 9 |  | X | X | Dft's Exh. No. 9 - Photo of Service Road Facing Apartment, including sign. |
|  | 10 |  | X | X | Dft's Exh. No 10 - Photo of Service Road Showing Red Car Facing Lincoln Blvd. |
|  |  | 9:43 AM |  |  | Re-direct of Officer Wong. |
|  |  | 9:44 AM |  |  | Officer Ari Wong excused. |
|  |  | 9:45 AM |  |  | Gov't called witness Elaine Ermitano. Court oath administered to witness. Direct exam. |
|  |  | 9:49 AM |  |  | Elaine Ermitano excused. |
|  |  | 9:50 AM |  |  | Court recessed. |
|  |  | 10:00 AM |  |  | Court reconvened. |
|  |  | 10:01 AM |  |  | Gov't called witness Pavlos Karamanidis. Court administered oath to witness. Direct examination. |
| 5 |  | 10:03 AM | X | X | Gov't Exh. No. 5 - Toxicology Report. |
|  |  | 10:06 AM |  |  | Cross-examination of Pavlos Karamanidis. |
|  |  | 10:13 AM |  |  | Re-direct exam of Pavlos Karamanidis. |
|  |  | 10:14 AM |  |  | Pavlos Karamanidis excused. |
|  |  | 10:15 AM |  |  | Gov't called witness Officer Jason Leonard Collins. Court administered oath to witness. Direct examination |
|  |  | 10:30 AM |  |  | Cross-exam of Officer Collins. |
|  |  | 10:51 AM |  |  | Re-direct exam of Officer Collins. Officer Jason Collins excused. |
|  |  | 10:52AM |  |  | Gov't called witness Nikolas P. Lemos. Court administered oath to witness. Direct examination |
| 6 |  | 10:58 AM | X |  | Gov't Exh No. 6 - CV of Nikolas P. Lemos. |
|  |  |  |  |  | Dft objected. Objection sustained. |

Case No: <u>CR07-00462 JCS</u>   Case Name: <u>USA</u> V. <u>WILLIAM H. SPIKER</u>

Date: November 13, 2007

## EXHIBIT and WITNESS LIST
Continued

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 11:39 AM | | | Cross-exam of Nikolas P. Lemos. |
| | | 11:54 AM | | | Nikolas P. Lemos excused. |
| | | | | | Gov't rested. |
| | | | | | Dft rested. |
| | | 11:55 AM | | | Gov't closing statement. |
| | | 12:01 PM | | | Dft's closing statement. |
| | | 12:21 PM | | | Court recessed. Court to reconvene at 1:15 PM for Court's verdict. |
| | | 1:15 PM | | | Court reconvened. All counsel present. Dft not present. |
| | | 1:19 PM | | | Dft present. |
| | | | | | Court issued ruling: Dft found guilty as to Cnts 1 and 2 as to the Class B Misdemeanor Information. |
| | | | | | Sentencing set for 2/15/8 at 10:30 a.m. Dft referred to Probation for a pre-sentence report. |
| | | | | | Dft shall remain on current pretrial release conditions. |
| | | 1:25 PM | | | Court adjourned. |