HUGH ANTHONY LEVINE (CSBN 69857)
ADAM G. GASNER (CSBN 201234)
Law Chambers Building
345 Franklin Street
San Francisco, CA 94102
Telephone: 415-782-6000
Facsimile: 415-255-7264

Attorneys for Defendant
WILLIAM H. SPIKER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   vs.<br><br>WILLIAM H. SPIKER,<br><br>       Defendant. | Case Number: CR 07 – 00462 JCS<br><br>STIPULATION AND [PROPOSED] ORDER RE: CONTINUING DATE FOR JUDGMENT AND SENTENCE. |

The parties to this action stipulate that the current date for judgment and sentence of February 15, 2008 be continued to March 5, 2008 at 10:30 a.m.

SO STIPULATED AND AGREED:

Dated: February 11, 2008         S/S_____
                                 ADAM G. GASNER
                                 Attorney for Defendant

-1-

USA V. SPIKER, CR 07-00462 JCS
STIPULATION & ORDER RE: CONTINUING SENTENCING

1  Dated: February 11, 2008    S/S_____
2                                                      WENDY THOMAS
                                                        Special Assistant United States Attorney

5  SO ORDERED:                          _____
                                                        JOSEPH C. SPERO
6                                                       United States Magistrate Judge

-2-

**USA V. SPIKER, CR 07-00462 JCS**
**STIPULATION & ORDER RE: CONTINUING SENTENCING**