**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    Plaintiff(s),    v.  WILLIAM SPIKER,    Defendant(s). _____/ | No. CR07-00462-1 (JCS)  CLERK'S NOTICE |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Judgment and Sentencing hearing before Magistrate Judge Spero previously noticed for Friday, February 15, 2008, at 10:30 a.m., has been reset to **THE SAME DAY, at 1:30 p.m.,** Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Any party requesting a continuance shall submit a stipulation and proposed order.

Dated: February 12, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
Karen L. Hom
Courtroom Deputy