HUGH ANTHONY LEVINE (CSBN 69857)
ADAM G. GASNER (CSBN 201234)
Law Chambers Building
345 Franklin Street
San Francisco, CA 94102
Telephone:   415-782-6000
Facsimile:   415-255-7264

Attorneys for Defendant
WILLIAM H. SPIKER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case Number: CR 07 – 00462 JCS |
|---|---|
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER RE: CONTINUING DATE FOR JUDGMENT AND SENTENCE. |
| vs. | |
| WILLIAM H. SPIKER, | |
| Defendant. | |

The parties to this action stipulate that the current date for judgment and sentence of February 15, 2008 be continued to March 5, 2008 at 10:30 a.m.

SO STIPULATED AND AGREED:

Dated: February 11, 2008         S/S_____
                                 ADAM G. GASNER
                                 Attorney for Defendant

-1-

USA V. SPIKER, CR 07-00462 JCS
STIPULATION & ORDER RE: CONTINUING SENTENCING

1 | Dated: February 11, 2008   S/S_____
2 |                                   WENDY THOMAS
                                  Special Assistant United States Attorney

5 | SO ORDERED: _____
                          JOSEPH C. SPERO
                          United States Magistrate Judge

7 | Dated: 2/15/8

-2-

**USA V. SPIKER, CR 07-00462 JCS**
**STIPULATION & ORDER RE: CONTINUING SENTENCING**