03/10/2008 02:19 PM EDT                                                                                       Version 7.0.1

San Francisco

**Case Debt Type Payment Report**
**U.S. Courts**

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| 001 | WILLIAM SPIKER | | | | | | | | | |
| | Case No. DCAN307CR000462 | 504100 | US VS SPIKER | | | | | | | |
| | | | SPECIAL PENALTY ASSESSMENT | 20.00 | 0.00 | CT 34611016578 | 1 | PR | 20.00 | 03/05/2008 |
| | | | | | | Division Payment Total | | | 20.00 | |
| | | | | | | Grand Total | | | 20.00 | |

$20.00   SPECIAL ASSESSMENT
         PAID IN FULL

CM 3-5-08

Ca 07-462 MAG

**FILED**

MAR 21 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Page 1 of 1