```
04/01/2008 01:42 PM EST                                                                                          Version 7.0.1

                                    Case Debt Type Payment Report
                                              U.S. Courts
San Francisco

Party #  Party Name              Fund       Debt Type                   Total Owed    Current      Document        Actg   Payment   Payment    Payment
                                                                                      Outstanding  Type/Number     Ln #   Type      Amount     Date

         Case No. DCAN307CR000462           US VS SPIKER

001      WILLIAM SPIKER          504100     FINE-CRIME VICTIMS FUND      1,000.00     0.00         CT 3461017282   1      PR        1,000.00   03/24/2008

001      WILLIAM SPIKER          504100     SPECIAL PENALTY ASSESSMENT      20.00     0.00         CT 3461016578   1      PR           20.00   03/05/2008

                                                                                                   Division Payment Total           1,020.00

                                                                                                   Grand Total                      1,020.00
```

$1000.00 FINE PAID IN FULL on 3-24-08

CR 07-462 MAG

FILED
APR 22 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Page 1 of 1